UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 99-7376-RAP (MCx)                    Date April 27, 2000

Title   PERFECT 10, INC.  v.  LEO RADVINSKY, et al.

================================================================

PRESENT: **HON. RICHARD A. PAEZ, JUDGE**

Valencia R. Vallery                              None Present
Deputy Clerk                                     Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

None present                                     None present

**PROCEEDINGS:**   (In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL

Counsel are hereby ordered to show cause in writing no later than **May 9, 2000**, why this case should not be dismissed pursuant to Local Rule 12, for lack of prosecution. No oral argument of this matter will be heard unless ordered by the Court. The Order to Show Cause will stand submitted upon filing of plaintiff(s) response.

Counsel are advised that the Court will consider the filing of:

_____    Answer by the defendants

\_\_X\_\_      Plaintiff's filing of request for the clerk to enter default, default judgment or filing of a motion for entry of default judgment

on or before the date upon which the response is due. The Clerk is directed to serve this minute order on counsel for all parties in this action.

MINUTES FORM 11                                  INITIALS OF DEPUTY CLERK
CIVIL - GEN                    D - M



ENTERED
CLERK, U.S. DISTRICT COURT
APR 28 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY