1  Jeffrey N. Mausner (State Bar No. 122385)
BERMAN, MAUSNER & RESSER
2  A LAW CORPORATION
4727 Wilshire Boulevard, Suite 500
3  Los Angeles, California  90010-3874
Telephone: (323) 965-1200
4  Fax: (323) 965-1919

5  Attorneys for Plaintiff
PERFECT 10, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

| 14 |

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California
corporation,

       Plaintiff,

       vs.

LEO RADVINSKY, an Illinois resident,
individually and dba Cyber Essays; CYBER
ESSAYS, an unknown entity; WALLACE
C. BRITTAIN, a Wisconsin resident,
individually and dba The Tangled Web
and/or dba Info Technologies; THE
ENTANGLED WEB, an unknown entity;
INFO TECHNOLOGIES, an unknown
entity; and DOES 1-100,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 99-7376 RAP (Mcx)

STIPULATION AND [PROPOSED]
ORDER FOR DISMISSAL WITHOUT
PREJUDICE, WITH THE COURT TO
RETAIN JURISDICTION OVER THIS
MATTER AND OVER THE PARTIES
FOR PURPOSES OF ENFORCING THE
SETTLEMENT AGREEMENT

ENTERED
CLERK, U.S. DISTRICT COURT

JUN 1    2000

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

IT IS HEREBY STIPULATED BETWEEN THE PARTIES AS FOLLOWS:

1.     This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C.

§§ 1331, 1332, 1338(a) and (b), and principles of pendent jurisdiction.  This Court has personal

jurisdiction over the plaintiff PERFECT 10, INC. and over defendants LEO RADVINSKY, an

Illinois resident, and CYBERTANIA, INC., an Illinois corporation which is the successor to

defendant CYBER ESSAYS (hereinafter collectively referred to as "CYBERTANIA").

✓ Docketed
5  BERMAN, MAUSNER & RESSER
A LAW CORPORATION
NTC Sent
F:\DOCS\PERFEC10\PASSWORD\SETTLE\DISMISS.03
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

-1-



2.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (c), and 28 U.S.C. §1391(b)(2).

3.    Perfect 10 and CYBERTANIA have entered into a Settlement Agreement, attached hereto as Exhibit 1, in order to settle the dispute between them.

4.    This matter is dismissed without prejudice, the Court to retain jurisdiction over this matter, and over LEO RADVINSKY and CYBERTANIA, INC., an Illinois corporation which is the successor to defendant CYBER ESSAYS, for purposes of enforcing the Settlement Agreement, a copy of which is attached hereto as Exhibit 1 and incorporated by reference herein.

IT IS SO STIPULATED

Dated: June ___, 2000        LEO RADVINSKY


By: _____
            LEO RADVINSKY


CYBERTANIA, INC., successor to CYBER ESSAYS


By: _____

        Name: LEO RADVINSKY
        Title: PRESIDENT


LAW OFFICES OF ANDERSON J. WARD


By: _____
        ANDERSON J. WARD,
        Admitted in the State of Illinois,
        Attorney for Leo Radvinsky and
        Cybertania, Inc., the Successor to
        Defendant Cyber Essays


BERMAN, MAUSNER & RESSER
A LAW CORPORATION


By: _____
        JEFFREY N. MAUSNER,
        Attorneys for Plaintiff Perfect 10, Inc.

-2-

F:\DOCS\PERFEC10\PASSWORD\SETTLE\DISMISS.03

2.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (c), and 28 U.S.C. §1391(b)(2).

3.    Perfect 10 and CYBERTANIA have entered into a Settlement Agreement, attached hereto as Exhibit 1, in order to settle the dispute between them.

4.    This matter is dismissed without prejudice, the Court to retain jurisdiction over this matter, and over LEO RADVINSKY and CYBERTANIA, INC., an Illinois corporation which is the successor to defendant CYBER ESSAYS, for purposes of enforcing the Settlement Agreement, a copy of which is attached hereto as Exhibit 1 and incorporated by reference herein.

IT IS SO STIPULATED

Dated: June ___, 2000        LEO RADVINSKY


By: _Leo Radvinsky_____
        LEO RADVINSKY


CYBERTANIA, INC., successor to CYBER ESSAYS


By: _Leo Radvinsky_____
        Name: _LEO RADVINSKY_
        Title: _PRESIDENT_


LAW OFFICES OF ANDERSON J. WARD


By: _____
        ANDERSON J. WARD,
        Admitted in the State of Illinois.
        Attorney for Leo Radvinsky and
        Cybertania, Inc., the Successor to
        Defendant Cyber Essays


BERMAN, MAUSNER & RESSER
A LAW CORPORATION


By: _____
        JEFFREY N. MAUSNER,
        Attorneys for Plaintiff Perfect 10, Inc.

-2-

1    Based upon the above stipulation, IT IS HEREBY ORDERED, ADJUDICATED AND

2    DECREED that:

3        1. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §§ 1331,

4    1332, 1338(a) and (b), and principles of pendent jurisdiction. This Court has personal jurisdiction

5    over the plaintiff PERFECT 10, INC. and over defendants LEO RADVINSKY, an Illinois resident,

6    and CYBERTANIA, INC., an Illinois corporation which is the successor to defendant CYBER

7    ESSAYS.

8        2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (c), and 28 U.S.C.

9    §1391(b)(2).

10       3. The parties are ordered to comply with the terms of the Settlement Agreement they have

11   jointly entered into, a copy of which is attached hereto as Exhibit 1.

12       4. This matter is dismissed without prejudice. This Court retains jurisdiction over this

13   matter, and over plaintiff Perfect 10, Inc., and over LEO RADVINSKY and CYBERTANIA, INC.,

14   an Illinois corporation which is the successor to defendant CYBER ESSAYS, for purposes of

15   enforcing the Settlement Agreement, a copy of which is attached hereto as Exhibit 1 and

16   incorporated by reference herein. The parties may enforce the terms of the Settlement Agreement

17   by motion to this Court.

18       IT IS SO ORDERED.

19

20   Dated: _6·13-00_                    **RICHARD A. PAEZ**

21                                       RICHARD A. PAEZ
                                         UNITED STATES ~~DISTRICT~~ JUDGE
22                                                     Circuit
23                                       Sitting By Designation

24

25

26

27

28



**EXHIBIT 1**

# SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT ("Agreement") is made and entered into in the State of California, County of Los Angeles, by and among Perfect 10, Inc., a California Corporation ("Perfect 10") on the one hand and Cybertania, Inc., an Illinois Corporation and Leo Radvinsky, an Illinois resident (hereinafter collectively referred to as "Cybertania") on the other hand. Both Radvinsky (who is president of Cybertania, Inc.), and Cybertania, Inc. are jointly and severally responsible for performance of all obligations under this Settlement Agreement and both are jointly and severally liable for all obligations set forth in this Settlement Agreement. Wherever the Settlement Agreement refers to Cybertania, it means both Radvinsky and Cybertania, Inc. Cybertania, Inc. is the successor of Cyber Essays.

WHEREAS, Perfect 10 is the producer, publisher and distributor of Perfect 10® products and services, including Perfect 10® magazine and the "perfect10.com" website, and Perfect 10 is the owner of the registered trademark/servicemark Perfect 10®;

WHEREAS, Perfect 10 is engaged in the design, layout, filming, production, marketing and promotion of its products including photographs, films, video productions, and other arts, and is the copyright owner of these works. Some of these copyrighted works appear on Perfect 10's website, "perfect10.com," as well as within the published magazine Perfect 10®;

WHEREAS, Cybertania is the owner of the Internet website at "www.ultrapasswords.com.";

WHEREAS, Perfect 10 has filed a lawsuit in the U.S. District Court, Central District of California, Case No. 99-7376 RAP (Mcx) (the "Litigation"), naming Radvinsky and others as defendants, alleging copyright infringement and contributory infringement, dilution, trademark infringement, interference with contractual relationship, interference with prospective economic relations, conversion, and statutory and common law unfair competition;

WHEREAS, default has been entered against Radvinsky and Cyber Essays in that lawsuit;

WHEREAS, Cybertania and Perfect 10 wish to settle this matter;

NOW, THEREFORE, for valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties hereto agree as follows:

1.    **Posting of Passwords, Trademarks and Copyrighted Works.** Cybertania agrees that it will not attempt to ascertain the confidential user identification numbers and/or passwords used by Perfect 10 on any Internet websites owned or controlled by Perfect 10, and that it will not display said confidential user identification numbers and/or passwords used by Perfect 10, on any Internet websites owned or controlled by Cybertania, including but not limited to, the website at <www.ultrapasswords.com>. Cybertania further agrees that it will not use the terms "Perfect 10", "Perfect Ten", or any derivative combination of the terms "Perfect" or "Ten" or "10", or any name

confusingly similar to the above names, as a trade name, trademark, service mark, domain name, address, meta tag, pop-up banner, or otherwise as a designation of origin, in any product or service including, but not limited to, its Internet website, and will not hereafter use any such names or marks, except as expressly authorized and/or required by Perfect 10 or by the terms of this Agreement. Cybertania further agrees not to copy or use the copyrighted works of Perfect 10, including but not limited to, posting of such works on any Internet website owned or controlled by Cybertania.

2.    **Website Display.**  Cybertania shall, by July 1, 2000, post on its website at "www.ultrapasswords.com" a "banner advertisement" (the "Banner") contained in the HTML script for the webpage, and display such banner for a period of time, upon the following conditions:

a.    The Banner shall be located in a conspicuous place on the <www.ultrapasswords.com> web site, on the first screen that a visitor to the site will normally see (the "Page"), as close to the top of the Page as practical, but presented in such a way as to not significantly disrupt the overall appearance of the website. Such placement shall not be in a location unacceptable to Perfect 10.

b.    The Banner shall be displayed in such a manner that, when appearing on a standard 15" video color monitor, it shall have dimensions of at least 1½" (one and one half inches) in height and 7" (seven inches) in width, and shall have a normal aspect such that the Banner is displayed without distortion.

c.    The Banner shall consist of artwork, photographs, and/or text supplied to Cybertania by Perfect 10, and shall not be altered in any manner by Cybertania, except to allow proper functioning within the Page. The Banner may include a disclaimer that Perfect 10 is not affiliated with ultrapasswords.com.

d.    The Banner may, at the sole discretion and option of Perfect 10, be changed on a monthly basis, by providing Cybertania with a revised Banner. Cybertania shall incorporate the revised Banner on the Page within five (5) working days of receiving the Banner from Perfect 10. Perfect 10, at its own discretion and at any time, shall have the option of directing Cybertania to remove the Banner temporarily or permanently from the Page, and Cybertania shall comply with such directions. Such removal shall not, however, increase the time in which Cybertania must display the Banner in accordance with this Agreement.

e.    The Banner shall contain a "hypertext" link to the website at <www.perfect10.com>, so that viewers of the Banner can "click" on the Banner, and be transferred to the Perfect 10 website.

f.    The text and images on the Banner shall be the only reference to Perfect 10 contained on the Page or any other page on the website at <www.ultrapasswords.com>. There shall be no reference to the Banner contained on the website, other than the Banner itself. The Page shall be maintained in such a manner so as not to distract, or otherwise call attention away from, the Banner,

_LR_ Initials

g.      Cybertania shall maintain the website at <www.ultrapasswords.com>, including the domain name <ultrapasswords.com>, at all times relevant to the purpose of posting the Banner under this Agreement.

h.      If the Pass-Through Rate (as defined in Paragraph 4, below) is less than 10,000 unique visitors per month, Cybertania shall adjust the size, placement, and/or other adjustment of the Banner so as to attempt to increase the Pass-Through Rate to at least 10,000 unique visitors per month. All such adjustments shall be approved by Perfect 10.

i.      Cybertania shall display the Banner for a period of at least twelve (12) months, beginning July 1, 2000, unless earlier discontinued on the instructions of Perfect 10. If the Pass-Through Rate for any month is not at least 10,000 unique visitors, then the term of this agreement shall be extended beyond the 12 month period, until there has been a total Pass-Through of at least 120,000 unique visitors. In other words, Cybertania shall display the Banner for a period of at least 12 months, or until at least 120,000 unique visitors have passed-through the Banner to Perfect 10's website, whichever occurs later.

3.      **Payment.** Cybertania shall, at the time this Settlement Agreement is executed, make payment to Perfect 10 in the amount of two-thousand dollars ($2,000).

4.      **Pass-Through Rate Guarantee and Verification.** Cybertania guarantees that at least ten-thousand (10,000) unique visitors will hyper-link through ("Pass-Through") the Banner to the website at <www.perfect10.com> per month, for twelve months. Cybertania shall provide the means to monitor the number of Pass-Throughs per month (the "Pass-Through Rate"), through software, a service, or other means generally accepted by other Internet websites for determining Pass-Through Rates. Cybertania shall provide to Perfect 10, on a monthly basis, the actual verified Pass-Through Rate achieved for the previous month. If there are not at least 10,000 unique visitor pass-throughs per month, the term of display of the Banner will be extended as set forth above.

5.      **Representation of Current Activity at <www.ultrapasswords.com>.** Cybertania represents and warrants that the website owned by it at <www.ultrapasswords.com> receives, on average, in excess of two-hundred thousand (200,000) hits per day; that it uses a private service called MK Stats to monitor and record activity on <www.ultrapasswords.com>; that the printout of MK Stats attached as Exhibit 1 is a true and correct copy of the report of such activity; and that such reporting accurately represents the amount of activity on the site. Such representations made by Cybertania are relied upon by Perfect 10 in entering into this Settlement Agreement, and are a material part of this Agreement.

6.      **Dismissal without Prejudice.** Perfect 10 and Cybertania shall sign a Stipulation and Order Dismissing the Litigation, without prejudice, in the form attached hereto as Exhibit 2, at the time this Agreement is signed by the parties. Exhibit 2 shall be filed by the attorney for Perfect 10. Each party shall bear its own expenses, costs, and attorneys' fees incurred in connection with the Litigation and the matters alleged therein. The United States District Court for the Central District

of California shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Settlement Agreement.

7.     **Limited Release.** In consideration of the above, except as to Cybertania's duties and obligations created pursuant to this Settlement Agreement, Perfect 10 hereby releases and forever discharges Cybertania from any and all copyright, trademark, unfair competition, or dilution claims relating to Cybertania's use of Perfect 10's copyrighted material, marks, names, domain names, or confidential user identification numbers and/or passwords, up until the date of this Settlement Agreement. Cybertania hereby releases and forever discharges Perfect 10, its attorneys and agents, from any and all claims related to the filing and litigation of lawsuits against it.

8.     **Warranty as to non-assignment of rights.** Each party hereby represents and warrants that it has not heretofore assigned or otherwise transferred, and shall not assign or otherwise transfer, any interest in any right which it conveys herein. Cybertania warrants and represents that it is the owner of the website at <www.ultrapasswords.com> and that it has the authority to enter into this Agreement and to carry out the promises made in this Agreement.

9.     **Settlement of contested claims; no admission of liability.** This Agreement affects the settlement of Claims which are denied and contested, and nothing contained herein shall be construed as an admission by any party hereto of any liability of any kind to any other party and/or to any other person and/or entity.

10.     **Warranties.** Each party hereto represents and warrants to the other parties and agrees with each other party hereto, as follows:

a)     Each party has authority to execute this Agreement and bind the entity on whose behalf it purports to execute it.

b)     This Agreement is the result of arm's length negotiations between the parties.

c)     The parties rely upon the finality of this Agreement as a material factor inducing them to execute this Agreement.

d)     Radvinsky represents and warrants that he is at least eighteen (18) years of age, and that he has the legal capacity to execute this Agreement and be bound by it.

11.     **Integration.** This Agreement constitutes a single integrated written agreement which expresses the entire Agreement and understanding between and among the parties, and supersedes and replaces all prior negotiations and/or proposed agreements, written or oral. There are no written or oral agreements collateral to this Settlement Agreement.

12.     **Liability and Indemnification.** Cybertania is not a partner, joint venturer, or agent of Perfect 10. Perfect 10 is merely an advertiser on Cybertania's web site. Cybertania will not do

anything that can subject Perfect 10 to liability to any third party. Cybertania is not authorized to bind Perfect 10 to any contracts or agreements. Cybertania will not send any e-mails or other messages that mention Perfect 10. Cybertania agrees to indemnify, defend, and hold Perfect 10 harmless against and in respect of any claim or liability arising directly or indirectly out of or in connection with the placement of the Banner on the Page, or any acts or omissions on Cybertania's part.

13.    **No representations not set forth in this Agreement.** The parties to this Agreement acknowledge that no other party, or any agent or attorney of any other party, has made any promise, representation or warranty whatsoever, express or implied, concerning the subject matter of this Agreement, which is not contained herein.

14.    **Modifications of this Agreement must be in writing.** This Agreement may be modified only by an instrument in writing signed by the party or parties against whom enforcement of any such modification is sought.

15.    **Choice of Forum/Choice of Law Provision.** Any action to enforce or interpret the terms of this Agreement shall be brought only in the United States District Court for the Central District of California or the Los Angeles Superior or Municipal Court, and all parties hereto consent to jurisdiction and venue in those courts, and waive their rights to seek to transfer venue from those courts. Any action to enforce the terms of this Agreement shall be governed solely by the laws of the State of California.

16.    **Miscellaneous Provisions.**

a)    In this Agreement (unless the context requires otherwise), the singular and plural shall be deemed and considered to include one another, as appropriate.

b)    This Agreement may be executed in two or more counterparts, each of which shall be considered an original and all of which shall together constitute one and the same instrument.

c)    The parties hereto acknowledge that they have been represented by and have relied on counsel of their own choosing in the negotiation and the preparation of this Agreement, that they have read this Agreement, have had its contents fully explained to them by such counsel and are fully aware of and understand all of its terms and the legal consequences thereof. It is acknowledged that the parties hereto, through their respective counsel, have mutually participated in the preparation of this Agreement, and are mutually responsible for all of the language in this Agreement. No ambiguous or uncertain language in this Agreement shall be construed against any party on the ground that the party is responsible for the language.

F:\DOCS\PERFEC10\PASSWORD\SETTLE\SETTI.FM 04                5              _____Initials

Dated: June 6, 2000                     PERFECT 10, INC.

                                        BY: _____
                                            DR. NORM ZADEH, PRESIDENT


                                        _____
                                        LEO RADVINSKY

                                        CYBERTANIA, INC.


                                        By: _____
                                            Name: LEO RADVINSKY
                                            Title: PRESIDENT


Approved as to form:

LAW OFFICES OF ANDERSON J. WARD


By: _____
        ANDERSON J. WARD,
        Admitted in the State of Illinois,
        Attorney for Leo Radvinsky and
        Cybertania, Inc., the Successor to
        Cyber Essays


BERMAN, MAUSNER & RESSER
A LAW CORPORATION


By: _____
        JEFFREY N. MAUSNER,
        Attorneys for Perfect 10, Inc.

Dated: June ___, 2000                   PERFECT 10, INC.


                                        BY:_____
                                             DR. NORM ZADEH, PRESIDENT



                                        *Leo Radvinsky*
                                        _____
                                        LEO RADVINSKY

                                        CYBERTANIA, INC.



                                        By: *Leo Radvinsky*
                                            _____
                                            Name: *LEO RADVINSKY*
                                            Title: *PRESIDENT*



Approved as to form:

LAW OFFICES OF ANDERSON J. WARD


By: _____
        ANDERSON J. WARD,
        Admitted in the State of Illinois,
        Attorney for Leo Radvinsky and
        Cybertania, Inc., the Successor to
        Cyber Essays



BERMAN, MAUSNER & RESSER
A LAW CORPORATION



By: _____
        JEFFREY N. MAUSNER,
        Attorneys for Perfect 10, Inc.


_____ Initials

F:\XX\XXPERFEC\PASSWORD\SETTLE\SETTLEN.08

# ANDERSON J. WARD

### ATTORNEY AT LAW

E-mail: AJ Ward@juno.com

*North Suburban Office*
ONE NORTHFIELD PLAZA, SUITE 300
NORTHFIELD, ILLINOIS 60093-1214
TEL. (847) 441-1848 • FAX (847) 441-1885

*South Suburban Office*
21141 GOVERNORS HIGHWAY, SUITE 200
MATTESON, ILLINOIS 60443
TEL. (708) 747-7445 • FAX (708) 747-7504

We've moved to
**Suite 218**

January 22, 2000

Jeffrey N. Mausner, Esq.
Berman, Blanchard, Mausner & Resser
4727 Wilshire Boulevard, Suite 500
Los Angeles, California 90010-3874

Ref:   Perfect 10 v Radvinsky, et al. [99-07376]

Dear Mr. Mausner:

My client uses an entity to measure the activity of his site; i.e., <u>MK Stats</u>.

Enclosed is a printout of <u>MK Stats</u> information for the most recent fourteen-day period. This printout was run today, and covers January 9, 2000 through January 21, 2000. The site, <u>Ultrapasswords</u>, received daily hits for that period ranging from a low of 222,215 on January 15th to a high of 255,811on January 18th. Total hits for the fourteen-day period were 4,961,079. I have highlighted this information on page No. 1 of the accompanying pages. The remainder of the pages are backup and breakdown information which may or may not be helpful to your client.

As you know Ultrapassword.com's host provider is Craig Brittan of The Entangled Web. Mr. Brittain may be reached by e-mail at cbrittain@entagledweb.com to verify the numbers we have provided you if there is any doubt to their validity.

If your client still needs a full month's data, we can print it out on the last day of the month.

I look forward to hearing further from you.

Very truly yours,

Anderson J. Ward

AJW:bg
Enc

(Matteson office)

Exhibit 1

# /index.html

**Total Hits:** 4961158
**Total Bytes:** 258876479352
**Most popular Day:** 01/18/00
**Hits from local bookmark files:** 87
**Hits from news articles:** 0

## Last 14 Days:

```
01/09/00   226827   ***************************************************************
01/10/00   239831   *****************************************************************
01/11/00   237088   ****************************************************************
01/12/00   239135   *****************************************************************
01/13/00   234043   ***************************************************************
01/14/00   229777   **************************************************************
01/15/00   222215   ************************************************************
01/16/00   229869   **************************************************************
01/17/00   246243   ****************************************************************
01/18/00   255811   *******************************************************************
01/19/00   253479   ******************************************************************
01/20/00   249505   *****************************************************************
01/21/00   252765   *****************************************************************
12/31/99        79
```

## By Month:

```
01/00   4961079   *********************************************************************
12/99        79
```

## Search Words:

The following words were what people used to reach this page using popular search engines such as Yahoo and Alta Vista.

| | | | |
|---|---|---|---|
| 542 passwords | 375 xxx | 226 ultrapasswords | 205 hacked |
| 172 ultra | 150 www.ultrapassw | 111 ultrapasswords | 53 ultraxxxpasswo |
| 41 password | 29 com | 29 avs | 24 www |
| 23 http | 22 free | 20 www.ultrapassw | 16 ultrapassword. |
| 15 adult | 14 crack | 14 sites | 12 vvideo.com |
| 11 spermcandy | 11 sex | 8 babylon | 8 sexypasswords. |
| 7 warez | 7 and | 7 myhotwife | 7 x |
| 7 spermcandy.com | 7 sexypasswords | 7 check | 6 pass |
| 6 www.amazingsex | 5 www.ultrapassw | 5 new | 5 backdoors |
| 5 rusoclub | 5 just | 5 hack | 5 watchcams |
| 5 backdoor | 5 insanepasses | 4 hackes | 4 top |
| 4 site | 4 login | 4 older | 4 vvideo |
| 4 ultrapassword | 4 xxxpasswords | 4 cafeflesh | 4 women |
| 4 main.sites | 4 msie.main | 4 thegirlshouse | 3 strippersonlin |
| 3 username | 3 url | 3 holio | 3 cumynet |
| 3 pornography | 3 day | 3 xxx.passwords | 3 babylon-x |
| 3 cracked | 3 msie2 | 3 updated | 3 sexy |
| 3 videospot.com | 3 for | 3 202.157.198.81 | 3 get |
| 3 nude | 3 carolcox | 3 pictureview.co | 3 nylons |
| 3 ericaspad | 3 porno | 3 sexforia.com | 3 passes |
| 3 host | 3 100 | 2 paysite | 2 kelly |
| 2 50 | 2 www.ultraxxxpa | 2 best | 2 pictures |
| 2 site_uk | 2 gay | 2 jill | 2 allpassword |

Saturday, Jan 22 2000

# WHAT Pages and Directories are getting accessed

[ Sorted by Name | Sorted by Accesses | Bytes ]

---

[TOP]
**Sorted by Name:**

```
Accesses   | % Acc |    Bytes     | %Byte |
-----------+-------+--------------+-------+--------------------------------
6314760    | 99.7% | 28078620630  | 66.0% | /
2916       |  0.0% |   140437249  |  0.0% | /
1          |  0.0% |           0  |  0.0% | /%23passes
152        |  0.0% |     8899991  |  0.0% | /.
17         |  0.0% |           0  |  0.0% | /1.0
4          |  0.0% |        3664  |  0.0% | /error404.html
4961153    | 78.3% | 25887647935  | 60.9% | /index.html
247245     |  3.9% |  1997362005  |  0.5% | /liveshow.html
1          |  0.0% |         200  |  0.0% | /mailto.webmaster%40ultrapasswords
246410     |  3.9% |  3392624354  |  0.8% | /movies.html
21624      |  0.3% |    61081646  |  0.0% | /newformat.html
371515     |  5.9% | 12578965867  |  3.0% | /page2.html
113        |  0.0% |      975208  |  0.0% | /page3.html
206553     |  3.3% |  2002820026  |  0.5% | /pictures.html
6          |  0.0% |           0  |  0.0% | /refferers.cgi
60420      |  1.0% |   519818966  |  0.1% | /stories.html
196499     |  3.1% |  1198049328  |  0.3% | /video.html
126        |  0.0% |     8689450  |  0.0% | /www.ultrapassword.com
17         |  0.0% |       .8143  |  0.0% | /cgi-bin/
5          |  0.0% |          35  |  0.0% |          /index.html
4          |  0.0% |          88  |  0.0% |          /passwd.txt
6          |  0.0% |        5756  |  0.0% |          /wwwadmin.cgi
2          |  0.0% |        2264  |  0.0% |          /wwwboard.cgi
4          |  0.0% |      195352  |  0.0% | /cgi/
4          |  0.0% |      195352  |  0.0% |          /index.html
1          |  0.0% |       69886  |  0.0% | /clickmypic.com/
1          |  0.0% |       69886  |  0.0% |              /index.html
212        |  0.0% |    11578506  |  0.0% | /data/
212        |  0.0% |    11578506  |  0.0% |          /data.txt
1          |  0.0% |       64654  |  0.0% | /hotfemale.com/
1          |  0.0% |       64654  |  0.0% |              /index.html
119        |  0.0% |     4915492  |  0.0% | /images/
3          |  0.0% |       62800  |  0.0% |          /
116        |  0.0% |     4852692  |  0.0% |          /index.html
18632      |  0.3% |    16343495  |  0.0% | /maillist/
16         |  0.0% |        1410  |  0.0% |          /index.html
18612      |  0.3% |    16342033  |  0.0% |          /mail.cgi
4          |  0.0% |          52  |  0.0% |          /password.txt
2          |  0.0% |       64654  |  0.0% | /members.justwild.com/
2          |  0.0% |       64654  |  0.0% |                  /index.html
1          |  0.0% |       32768  |  0.0% | /movies.html/
1          |  0.0% |       32768  |  0.0% |              /..
1          |  0.0% |           0  |  0.0% | /movies/
1          |  0.0% |           0  |  0.0% |          /html
1          |  0.0% |        2163  |  0.0% | /tgp/
1          |  0.0% |        2163  |  0.0% |          /index.html
4          |  0.0% |      278258  |  0.0% | /ultrapasswords.com/
4          |  0.0% |      278258  |  0.0% |                  /index.html
2          |  0.0% |      156996  |  0.0% | /ultraxxxpasswords.com/
```

Case 2:99-cv-07376-RAP-Mc   Document 15   Filed 06/14/00   Page 16 of 19   Page ID #:21

```
   2 |  0.0% |     156996 |  0.0% |                        /index.html
   6 |  0.0% |     129000 |  0.0% | /urchin/
   6 |  0.0% |     129000 |  0.0% |         /index.html
   1 |  0.0% |       1632 |  0.0% | /urchin/199912/
   1 |  0.0% |       1632 |  0.0% |                 /nav.html
  22 |  0.0% |     193676 |  0.0% | /urchin/200001/
   1 |  0.0% |        626 |  0.0% |                 /domain-top.html
   1 |  0.0% |       6687 |  0.0% |                 /error-top.html
   1 |  0.0% |       1636 |  0.0% |                 /hourly.html
   1 |  0.0% |      50548 |  0.0% |                 /keyword-top.html
   5 |  0.0% |       6524 |  0.0% |                 /nav.html
   2 |  0.0% |       9741 |  0.0% |                 /page-tree.html
   4 |  0.0% |       2069 |  0.0% |                 /qreport.html
   2 |  0.0% |     113805 |  0.0% |                 /refer-tree.html
   5 |  0.0% |       2040 |  0.0% |                 /welcome.html
   9 |  0.0% |       5078 |  0.0% | /whw/
   9 |  0.0% |       5078 |  0.0% |     /index.html
   1 |  0.0% |      32768 |  0.0% | /www.altavista.com/
   1 |  0.0% |      32768 |  0.0% |                 /index.html
   4 |  0.0% |     298039 |  0.0% | /www.insanepasses.com/
   4 |  0.0% |     298039 |  0.0% |                 /index.html
   1 |  0.0% |      63472 |  0.0% | /www.richardsrealm.com/
   1 |  0.0% |      63472 |  0.0% |                 /index.html
   1 |  0.0% |          0 |  0.0% | /www.sexspaces.com/
   1 |  0.0% |          0 |  0.0% |                 /index.html
   2 |  0.0% |     118907 |  0.0% | /www.ultrapassword.com/
   2 |  0.0% |     118907 |  0.0% |                 /index.html
1077 |  0.0% |   72116572 |  0.0% | /www.ultrapasswords.com/
1057 |  0.0% |   71839919 |  0.0% |                 /index.html
   4 |  0.0% |      47928 |  0.0% |                 /liveshow.html
   3 |  0.0% |      61343 |  0.0% |                 /movies.html
   1 |  0.0% |       3165 |  0.0% |                 /newformat.html
   4 |  0.0% |      89219 |  0.0% |                 /page2.html
   4 |  0.0% |      38052 |  0.0% |                 /pictures.html
   1 |  0.0% |      11066 |  0.0% |                 /stories.html
   3 |  0.0% |      25880 |  0.0% |                 /video.html
   1 |  0.0% |       1692 |  0.0% | /www.ultrapasswords.com/maillist/
   1 |  0.0% |       1692 |  0.0% |                         /mail.c
  12 |  0.0% |     460471 |  0.0% | /www.ultrapasswords.com:80/
   5 |  0.0% |     341564 |  0.0% |                 /index.html
   1 |  0.0% |      11982 |  0.0% |                 /liveshow.htm
   1 |  0.0% |      20437 |  0.0% |                 /movies.html
   1 |  0.0% |      43056 |  0.0% |                 /page2.html
   1 |  0.0% |      12684 |  0.0% |                 /pictures.htm
   2 |  0.0% |      22132 |  0.0% |                 /stories.html
   1 |  0.0% |       8616 |  0.0% |                 /video.html
   1 |  0.0% |      32768 |  0.0% | /www.x-check-suche.de/
   1 |  0.0% |      32768 |  0.0% |                 /index.html
   2 |  0.0% |          0 |  0.0% | /www.yahoo.com/
   2 |  0.0% |          0 |  0.0% |                 /index.html
   4 |  0.0% |      26599 |  0.0% | /wwwboard/
   3 |  0.0% |      19194 |  0.0% |                 /index.html
   1 |  0.0% |       7405 |  0.0% |                 /post.html
   3 |  0.0% |      17688 |  0.0% | /wwwboard/messages/
   1 |  0.0% |       5848 |  0.0% |                     /3.html
   1 |  0.0% |       5967 |  0.0% |                     /6.html
   1 |  0.0% |       5873 |  0.0% |                     /7.html
  34 |  0.0% |    4235141 |  0.0% | /wwwstat/
  24 |  0.0% |    3105277 |  0.0% |                 /_index_html.html
   1 |  0.0% |      28500 |  0.0% |                 /_pictures_html.html
   2 |  0.0% |       4556 |  0.0% |                 /index.html
   4 |  0.0% |    1081962 |  0.0% |                 /pages.html
   2 |  0.0% |      13916 |  0.0% |                 /referer.html
   1 |  0.0% |        930 |  0.0% |                 /who_summary.html
```

[TOP]
**Sorted by Accesses:**

```
Accesses   | % Acc |    Bytes     | %Byte |
-----------+-------+--------------+-------+--------------------------------
 4961158 | 78.3% | 25887647935 | 60.9% | /index.html
  371515 |  5.9% | 12578965867 |  3.0% | /page2.html
  247245 |  3.9% |  1997362005 |  0.5% | /liveshow.html
  246410 |  3.9% |  3392624354 |  0.8% | /movies.html
  206553 |  3.3% |  2002820026 |  0.5% | /pictures.html
  196499 |  3.1% |  1198048328 |  0.3% | /video.html
   60420 |  1.0% |   519818966 |  0.1% | /stories.html
   21624 |  0.3% |    61081646 |  0.0% | /newformat.html
   18612 |  0.3% |    16342033 |  0.0% | /maillist/mail.cgi
    2916 |  0.0% |   140437249 |  0.0% | /
    1057 |  0.0% |    71839919 |  0.0% | /www.ultrapasswords.com/index.html
     212 |  0.0% |    11578506 |  0.0% | /data/data.txt
     152 |  0.0% |     8899991 |  0.0% | /.
     126 |  0.0% |     8689450 |  0.0% | /www.ultrapassword.com
     116 |  0.0% |     4852692 |  0.0% | /images/index.html
     113 |  0.0% |      975208 |  0.0% | /page3.html
      24 |  0.0% |     3105277 |  0.0% | /wwwstat/_index_html.html
      17 |  0.0% |           0 |  0.0% | /1.0
      16 |  0.0% |        1410 |  0.0% | /maillist/index.html
       9 |  0.0% |        5078 |  0.0% | /whw/index.html
       6 |  0.0% |           0 |  0.0% | /refferers.cgi
       6 |  0.0% |        5756 |  0.0% | /cgi-bin/wwwadmin.cgi
       6 |  0.0% |      129000 |  0.0% | /urchin/index.html
       5 |  0.0% |      341564 |  0.0% | /www.ultrapasswords.com:80/index.html
       5 |  0.0% |        6524 |  0.0% | /urchin/200001/nav.html
       5 |  0.0% |        2040 |  0.0% | /urchin/200001/welcome.html
       5 |  0.0% |          35 |  0.0% | /cgi-bin/index.html
       4 |  0.0% |      278258 |  0.0% | /ultrapasswords.com/index.html
       4 |  0.0% |       38052 |  0.0% | /www.ultrapasswords.com/pictures.html
       4 |  0.0% |      195352 |  0.0% | /cgi/index.html
       4 |  0.0% |       47928 |  0.0% | /www.ultrapasswords.com/liveshow.html
       4 |  0.0% |        2069 |  0.0% | /urchin/200001/qreport.html
       4 |  0.0% |      298039 |  0.0% | /www.insanepasses.com/index.html
       4 |  0.0% |          52 |  0.0% | /maillist/password.txt
       4 |  0.0% |        3664 |  0.0% | /error404.html
       4 |  0.0% |          88 |  0.0% | /cgi-bin/passwd.txt
       4 |  0.0% |     1081962 |  0.0% | /wwwstat/pages.html
       4 |  0.0% |       89219 |  0.0% | /www.ultrapasswords.com/page2.html
       3 |  0.0% |       25880 |  0.0% | /www.ultrapasswords.com/video.html
       3 |  0.0% |       19194 |  0.0% | /wwwboard/index.html
       3 |  0.0% |       61343 |  0.0% | /www.ultrapasswords.com/movies.html
       3 |  0.0% |       62800 |  0.0% | /images/
       2 |  0.0% |      113805 |  0.0% | /urchin/200001/refer-tree.html
       2 |  0.0% |           0 |  0.0% | /www.yahoo.com/index.html
       2 |  0.0% |      118907 |  0.0% | /www.ultrapassword.com/index.html
       2 |  0.0% |        9741 |  0.0% | /urchin/200001/page-tree.html
       2 |  0.0% |       13916 |  0.0% | /wwwstat/referer.html
       2 |  0.0% |        2264 |  0.0% | /cgi-bin/wwwboard.cgi
       2 |  0.0% |      156996 |  0.0% | /ultraxxxpasswords.com/index.html
       2 |  0.0% |       22132 |  0.0% | /www.ultrapasswords.com:80/stories.html
       2 |  0.0% |        4556 |  0.0% | /wwwstat/index.html
       2 |  0.0% |       64654 |  0.0% | /members.justwild.com/index.html
       1 |  0.0% |        5967 |  0.0% | /wwwboard/messages/6.html
       1 |  0.0% |       50548 |  0.0% | /urchin/200001/keyword-top.html
       1 |  0.0% |       32768 |  0.0% | /www.altavista.com/index.html
       1 |  0.0% |           0 |  0.0% | /movies/html
```

```
  1 |   0.0% |           0 |   0.0% |  /www.sexspaces.com/index.html
  1 |   0.0% |       11066 |   0.0% |  /www.ultrapasswords.com/stories.html
  1 |   0.0% |       11982 |   0.0% |  /www.ultrapasswords.com:80/liveshow.htm
  1 |   0.0% |        2163 |   0.0% |  /tgp/index.html
  1 |   0.0% |        6687 |   0.0% |  /urchin/200001/error-top.html
  1 |   0.0% |           0 |   0.0% |  /%23passes
  1 |   0.0% |       69386 |   0.0% |  /clickmypic.com/index.html
  1 |   0.0% |        7405 |   0.0% |  /wwwboard/post.html
  1 |   0.0% |       63472 |   0.0% |  /www.richardsrealm.com/index.html
  1 |   0.0% |         930 |   0.0% |  /wwwstat/who_summary.html
  1 |   0.0% |       43056 |   0.0% |  /www.ultrapasswords.com:80/page2.html
  1 |   0.0% |        3165 |   0.0% |  /www.ultrapasswords.com/newformat.html
  1 |   0.0% |       20437 |   0.0% |  /www.ultrapasswords.com:80/movies.html
  1 |   0.0% |         200 |   0.0% |  /mailto.webmaster%40ultrapasswords
  1 |   0.0% |       28500 |   0.0% |  /wwwstat/_pictures_html.html
  1 |   0.0% |        8616 |   0.0% |  /www.ultrapasswords.com:80/video.html
  1 |   0.0% |       12684 |   0.0% |  /www.ultrapasswords.com:80/pictures.htm
  1 |   0.0% |       64654 |   0.0% |  /hotfemale.com/index.html
  1 |   0.0% |        1632 |   0.0% |  /urchin/199912/nav.html
  1 |   0.0% |        1636 |   0.0% |  /urchin/200001/hourly.html
  1 |   0.0% |        5848 |   0.0% |  /wwwboard/messages/3.html
  1 |   0.0% |       32768 |   0.0% |  /www.x-check-suche.de/index.html
  1 |   0.0% |        5873 |   0.0% |  /wwwboard/messages/7.html
  1 |   0.0% |       32768 |   0.0% |  /movies.html/..
  1 |   0.0% |         626 |   0.0% |  /urchin/200001/domain-top.html
  1 |   0.0% |        1692 |   0.0% |  /www.ultrapasswords.com/maillist/mail.c
```

---

[TOP]
**Sorted by Bytes:**

```
Accesses   | % Acc |    Bytes     | %Byte |
-----------+-------+--------------+-------+------------------------------
 4961158   | 78.3% | 25887647935  | 60.9% | /index.html
  371515   |  5.9% | 12573965867  |  3.0% | /page2.html
  246410   |  3.9% |  3392624354  |  0.8% | /movies.html
  206553   |  3.3% |  2002920026  |  0.5% | /pictures.html
  247245   |  3.9% |  1997362005  |  0.5% | /liveshow.html
  196499   |  3.1% |  1198048328  |  0.3% | /video.html
   60420   |  1.0% |   519818966  |  0.1% | /stories.html
    2916   |  0.0% |   140437249  |  0.0% | /
    1057   |  0.0% |    71939919  |  0.0% | /www.ultrapasswords.com/index.html
   21624   |  0.3% |    61081646  |  0.0% | /newformat.html
   18612   |  0.3% |    16342033  |  0.0% | /maillist/mail.cgi
     212   |  0.0% |    11578506  |  0.0% | /data/data.txt
     152   |  0.0% |     8899991  |  0.0% | /.
     126   |  0.0% |     8689450  |  0.0% | /www.ultrapassword.com
     116   |  0.0% |     4852692  |  0.0% | /images/index.html
      24   |  0.0% |     3105277  |  0.0% | /wwwstat/_index_html.html
       4   |  0.0% |     1081962  |  0.0% | /wwwstat/pages.html
     113   |  0.0% |      975208  |  0.0% | /page3.html
       5   |  0.0% |      341564  |  0.0% | /www.ultrapasswords.com:80/index.html
       4   |  0.0% |      298039  |  0.0% | /www.insanepasses.com/index.html
       4   |  0.0% |      278258  |  0.0% | /ultrapasswords.com/index.html
       4   |  0.0% |      195352  |  0.0% | /cgi/index.html
       2   |  0.0% |      156996  |  0.0% | /ultraxxxpasswords.com/index.html
       6   |  0.0% |      129000  |  0.0% | /urchin/index.html
       2   |  0.0% |      118907  |  0.0% | /www.ultrapassword.com/index.html
       2   |  0.0% |      113805  |  0.0% | /urchin/200001/refer-tree.html
       4   |  0.0% |       89219  |  0.0% | /www.ultrapasswords.com/page2.html
       1   |  0.0% |       69386  |  0.0% | /clickmypic.com/index.html
       1   |  0.0% |       64654  |  0.0% | /hotfemale.com/index.html
       2   |  0.0% |       64654  |  0.0% | /members.justwild.com/index.html
```

Case 2:99-cv-07376-RAP-Mc   Document 15   Filed 06/14/00   Page 19 of 19   Page ID #:24

http://ultrapasswords.com/wwwstat/what_summary.html

```
  1 |   0.0% |        63472 |   0.0% | /www.richardsrealm.com/index.html
  3 |   0.0% |        62800 |   0.0% | /images/
  3 |   0.0% |        61343 |   0.0% | /www.ultrapasswords.com/movies.html
  1 |   0.0% |        50548 |   0.0% | /urchin/200001/keyword-top.html
  4 |   0.0% |        47928 |   0.0% | /www.ultrapasswords.com/liveshow.html
  1 |   0.0% |        43056 |   0.0% | /www.ultrapasswords.com:80/page2.html
  4 |   0.0% |        38052 |   0.0% | /www.ultrapasswords.com/pictures.html
  1 |   0.0% |        32768 |   0.0% | /www.x-check-suche.de/index.html
  1 |   0.0% |        32768 |   0.0% | /www.altavista.com/index.html
  1 |   0.0% |        32768 |   0.0% | /movies.html/..
  1 |   0.0% |        28500 |   0.0% | /wwwstat/_pictures_html.html
  3 |   0.0% |        25880 |   0.0% | /www.ultrapasswords.com/video.html
  2 |   0.0% |        22132 |   0.0% | /www.ultrapasswords.com:80/stories.html
  1 |   0.0% |        20437 |   0.0% | /www.ultrapasswords.com:80/movies.html
  3 |   0.0% |        19194 |   0.0% | /wwwboard/index.html
  2 |   0.0% |        13916 |   0.0% | /wwwstat/referer.html
  1 |   0.0% |        12684 |   0.0% | /www.ultrapasswords.com:80/pictures.htm
  1 |   0.0% |        11982 |   0.0% | /www.ultrapasswords.com:80/liveshow.htm
  1 |   0.0% |        11066 |   0.0% | /www.ultrapasswords.com/stories.html
  2 |   0.0% |         9741 |   0.0% | /urchin/200001/page-tree.html
  1 |   0.0% |         8616 |   0.0% | /www.ultrapasswords.com:80/video.html
  1 |   0.0% |         7405 |   0.0% | /wwwboard/post.html
  1 |   0.0% |         6687 |   0.0% | /urchin/200001/error-top.html
  5 |   0.0% |         6524 |   0.0% | /urchin/200001/nav.html
  1 |   0.0% |         5967 |   0.0% | /wwwboard/messages/6.html
  1 |   0.0% |         5873 |   0.0% | /wwwboard/messages/7.html
  1 |   0.0% |         5848 |   0.0% | /wwwboard/messages/3.html
  6 |   0.0% |         5756 |   0.0% | /cgi-bin/wwwadmin.cgi
  9 |   0.0% |         5079 |   0.0% | /whw/index.html
  2 |   0.0% |         4556 |   0.0% | /wwwstat/index.html
  4 |   0.0% |         3664 |   0.0% | /error404.html
  1 |   0.0% |         3165 |   0.0% | /www.ultrapasswords.com/newformat.html
  2 |   0.0% |         2264 |   0.0% | /cgi-bin/wwwboard.cgi
  1 |   0.0% |         2163 |   0.0% | /tgp/index.html
  4 |   0.0% |         2069 |   0.0% | /urchin/200001/qreport.html
  5 |   0.0% |         2040 |   0.0% | /urchin/200001/welcome.html
  1 |   0.0% |         1692 |   0.0% | /www.ultrapasswords.com/maillist/mail.c
  1 |   0.0% |         1636 |   0.0% | /urchin/200001/hourly.html
  1 |   0.0% |         1632 |   0.0% | /urchin/199912/nav.html
 16 |   0.0% |         1410 |   0.0% | /maillist/index.html
  1 |   0.0% |          930 |   0.0% | /wwwstat/who_summary.html
  1 |   0.0% |          626 |   0.0% | /urchin/200001/domain-top.html
  1 |   0.0% |          200 |   0.0% | /mailto.webmaster%40ultrapasswords
  4 |   0.0% |           88 |   0.0% | /cgi-bin/passwd.txt
  4 |   0.0% |           52 |   0.0% | /maillist/password.txt
  5 |   0.0% |           35 |   0.0% | /cgi-bin/index.html
 17 |   0.0% |            0 |   0.0% | /1.0
  6 |   0.0% |            0 |   0.0% | /refferers.cgi
  2 |   0.0% |            0 |   0.0% | /www.yahoo.com/index.html
  1 |   0.0% |            0 |   0.0% | /movies/html
  1 |   0.0% |            0 |   0.0% | /%23passes
  1 |   0.0% |            0 |   0.0% | /www.sexspaces.com/index.html
```



Output generated by **MKStats**
version 2.3

1/22/00 5:26 PM